IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



CALVIN HENRY JOHNSON,
et al.,

    Plaintiffs,

v.                                           Civil Action No. 3:14cv563

FIRST COMMUNITY BANK,
et al.,

    Defendants.

**ORDER**

By Order entered herein on December 2, 2014, the pending MOTION FOR JUDGMENT ON THE PLEADINGS (Docket No. 6) was referred to Magistrate Judge Roderick C. Young for report and recommendation.

Having reviewed the REPORT AND RECOMMENDATION on Defendants' Motion for Judgment on the Pleadings (Docket No. 28) entered herein on February 19, 2015, and there being no timely filed objections thereto, and the time for filing objections having expired, and having considered the record and the REPORT AND RECOMMENDATION and finding no error therein, it is hereby ORDERED that the REPORT AND RECOMMENDATION of the Magistrate Judge (Docket No. 28) is adopted on the basis of the reasoning of the REPORT AND RECOMMENDATION.

It is further ORDERED that:

(1) the MOTION FOR JUDGMENT ON THE PLEADINGS (Docket No. 6) is granted;

(2) the Plaintiffs shall take all necessary action to remove the Memorandum of *Lis Pendens* affecting the property within ten (10) days of the date of this Order; and

(3) this action is dismissed with prejudice.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: March 26, 2015