IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CALVIN HENRY JOHNSON,
et al.,

    Plaintiffs,

v.                              Civil Action No. 3:14cv563

FIRST COMMUNITY BANK,
et al.,

    Defendants.

**ORDER**

By Orders entered herein on December 2, 2014 and January 8, 2015, pending motions were referred to Magistrate Judge Roderick C. Young for report and recommendation.

Having reviewed the REPORT AND RECOMMENDATION on Counterclaim of First Community Bank, and Plaintiffs' Motion for Extension to File Pleadings *Nunc Pro Tunc* (Docket No. 29) entered herein on February 19, 2015, and there being no timely filed objections thereto, and the time for filing objections having expired, and having considered the record and the REPORT AND RECOMMENDATION and finding no error therein, it is hereby ORDERED that the REPORT AND RECOMMENDATION of the Magistrate Judge (Docket No. 29) is adopted on the basis of the reasoning of the REPORT AND RECOMMENDATION.

It is further ORDERED that:

(1) the REQUEST FOR CLERK'S ENTRY OF DEFAULT JUDGMENT (Docket No. 8) filed by First Community Bank is granted with respect to the request for entry of default and the Clerk is directed to enter default against the plaintiffs, Calvin Henry Johnson and Geraldine Johnson as to the COUNTERCLAIM OF FIRST COMMUNITY BANK (Docket No. 3); and

(2) Plaintiffs' MOTION FOR EXTENSION OF TIME TO FILE PLEADINGS *NUNC PRO TUNC* (Docket No. 20) is denied.

It is so ORDERED.

　　　　　　　　　　　　　　　　　/s/           REP
　　　　　　　　　　　　　　　Robert E. Payne
　　　　　　　　　　　　　　　Senior United States District Judge

Richmond, Virginia
Date: March 26, 2015